

# NUMBER 13-21-00336-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DAVID EUGENE WHITE,**                                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                      **Appellee.**

---

### On appeal from the 453rd District Court
### of Hays County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on its own motion. Briefs for both appellant and the State have been filed, and the case is ready for submission. Upon review, the Court learned that appellant, David Eugene White, is likely deceased. The Court, through its Clerk of Court, attempted to communicate with counsel for White on several occasions

about this matter, but to no avail. This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 7.1(a)(2), 43.6. Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellant is deceased or not deceased. Once that determination is made, the trial court shall enter a written finding.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issue to be filed in a supplemental clerk's record. Additionally, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty (30) days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
20th day of December, 2022.